Zahra Billoo, State Bar No. 267634
COUNCIL ON AMERICAN-ISLAMIC RELATIONS (CAIR)
3000 Scott Blvd., Suite 101
Santa Clara, CA 95054
Telephone: (408) 986-9874
Facsimile: (408) 986-9875
Email: zbilloo@cair.com

FILED
2011 JUN 27 P 12: 37
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Christopher Ho, State Bar No. 129845
Araceli Martínez-Olguín, State Bar No. 236561
The LEGAL AID SOCIETY –
  EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 864-8848
Facsimile: (415) 593-0096
Emails: cho@las-elc.org
         araceli@las-elc.org

Attorneys for Plaintiff-Intervenor
UMME-HANI KHAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ABERCROMBIE & FITCH STORES INC. d/b/a HOLLISTER CO., HOLLISTER CO. CALIFORNIA, LLC<br><br>Defendants. | Case No. CV 11-3162 DMR<br><br>**NOTICE OF MOTION AND MOTION TO INTERVENE** |

TO EACH PARTY AND ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that the aggrieved party, UMME-HANI KHAN, hereby moves this Court under Federal Rule of Civil Procedure 24(a)(1) for leave to intervene in the

1  above-referenced action as a party Plaintiff.

2      This motion is brought in order that Ms. Khan might assert the claims set forth in her
3  proposed Complaint in Intervention, a copy of which is attached as Exhibit A to the Declaration
4  of Araceli Martínez-Olguín in Support of the Motion to Intervene, filed concurrently herewith.
5  Further, this motion is brought on the grounds that Ms. Khan has an unconditional right to
6  intervene pursuant to Federal Rule of Civil Procedure 24(a) and 42 U.S.C. § 2000e-5(f).

7      This motion is based on this Notice, the accompanying Memorandum of Points and
8  Authorities, the Declaration of Araceli Martínez-Olguín with the attached Complaint in
9  Intervention, and the Complaint filed by the U.S. Equal Employment Opportunity Commission.

Dated: June 27, 2011          Respectfully submitted,

Zahra Billoo
COUNCIL ON AMERICAN-ISLAMIC
RELATIONS (CAIR)

Christopher Ho
Araceli Martínez-Olguín
The LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER

By: _____
     ARACELI MARTÍNEZ-OLGUÍN

Notice of Motion and Motion to Intervene    2