UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

    Plaintiff,

    v.

ABERCROMBIE & FITCH STORES, INC.,

    Defendant.
_____/

No. C 11-3162 PJH

**ORDER GRANTING MOTION TO INTERVENE**

    The court has reviewed the motion to intervene filed by Umme-Hani Khan on June 27, 2011 and noticed for hearing on September 14, 2011. No opposition having been filed and good cause having been shown, the motion is GRANTED. Plaintiff-Intervenor shall e-file her complaint in intervention as a stand alone document no later than September 12, 2011. The September 14, 2011 date for hearing is VACATED.

    **IT IS SO ORDERED.**

Dated: September 8, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge