# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| U.S. Equal Employment Opportunity Commission,<br><br>　　　　　　Plaintiff(s),<br><br>　　v.<br><br>Abercombie & Fitch Stores, Inc.,<br><br>　　　　　　Defendant(s). | 11-03162 PJH<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

**Notice Re: Noncompliance With Court Order**
11-03162 PJH                                  -1-

(415-522-4112), hand delivery (ADR Program, USDC, Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: November 7, 2011

                               RICHARD W. WIEKING
                               Clerk
                               by:    Timothy J. Smagacz

                               *Timothy Smagacz* (signature)
                               _____
                               ADR Program Administrator
                               415-522-4205
                               Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
11-03162 PJH                               -2-

*United States District Court, Northern District of California*

PROOF OF SERVICE

Case Name:	U.S. Equal Employment Opportunity Commission v. Abercombie & Fitch Stores, Inc.

Case Number:	11-03162 PJH

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On November 7, 2011, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> William Robert Tamayo
> U.S. EEOC
> 350 Embarcadero Street
> Suite 500
> San Francisco, CA 94105-1687
> william.tamayo@eeoc.gov
>
> Jonathan T. Peck
> U.S. EEOC
> 350 Embarcadero Street
> Suite 500
> San Francisco, CA 94105-1687
> Jonathan.Peck@eeoc.gov
>
> Marcia L. Mitchell
> U.S. Equal Employment Opportunity Comm'n
> 350 The Embarcadero
> Suite 500
> San Francisco, CA 94105-1687
> marcia.mitchell@eeoc.gov

Amarra Autumn Lee
Farella Braun + Martel LLP
235 Montgomery Street
17th Floor
San Francisco, CA 94104
alee@fbm.com

Douglas Evans Dexter
Farella Braun + Martel LLP
235 Montgomery Street
17th Floor
San Francisco, CA 94104
ddexter@fbm.com

Samantha Alyson Stilp
Vorys, Sater, Seymour and Pease
52 East Gay Street
Columbus, OH 43216-1008
sastilp@vorys.com

Daniel Clark
Vorys, Sater, Seymour & Pease
52 East Gay Street
Columbus, OH 43216-1008

Mark A. Kneuve
Vorys Sater Seymour and Pease
52 East Gay Street
Columbus, OH 43216-1008

Zahra Aslam Billoo
CAIR SFBA
3000 Scott Blvd
Ste 101
Santa Clara, CA 95054
zbilloo@cair.com

Christopher Ho
Legal Aid Society-Employment Law Center
180 Montgomery Street
Suite 600
San Francisco, CA 94104
cho@las-elc.org

Araceli Martinez-Olguin
Legal Aid Society - Employment Law Center
180 Montgomery St, Suite 600
San Francisco, CA 94104
araceli@las-elc.org

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on November 7, 2011 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:     Timothy J. Smagacz

*[signature: Timothy Smagacz]*

ADR Program Administrator
415-522-4205
Tim_Smagacz@cand.uscourts.gov