UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

        Plaintiff(s),                      No. C 11-3162 PJH

        v.                              **ORDER SCHEDULING TELEPHONIC CASE MANAGEMENT CONFERENCE**

ABERCROMBIE AND FITCH STORES, et al.,

        Defendant(s).
_____/

      One or more of the parties has requested to appear telephonically at the Case Management Conference ("CMC") scheduled for **November 17, 2011, at, 2:00 p.m.**.  The courtroom is not equipped for telephonic appearances, but the court will conduct a conference in chambers with **all** parties appearing telephonically before the regular CMC calendar.  The conference will occur on **November 17, 2011 at 1:30 p.m.**  The party/attorney requesting a telephonic appearance shall initiate the call to all parties and to the court at (510) 637-1291.

      IT IS SO ORDERED.

Dated:  November 9, 2011

                                                              _____
                                                              PHYLLIS J. HAMILTON
                                                              United States District Judge