# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date:** November 17, 2011 (Time: 15 minutes)  **JUDGE:** Phyllis J. Hamilton

**Case No:** C-11-3162 PJH

**Case Name:** U.S. Equal Employment Opportunity Commission v. Abercrombie & Fitch

**Attorney(s) for Plaintiff:**  Marcia Mitchell
  Araceli Martinez-Olguin (Plaintiff Intervenor)
**Attorney(s) for Defendant:**  Mark Knueve

**Deputy Clerk:** Nichole Heuerman   **Court Reporter:** Not Reported (telephonic)

## PROCEEDINGS

Initial Case Management Conference-Held.  The court sets a pretrial schedule.  The settlement conference to take place after defendant deposes plaintiff and after plaintiff deposes 4 key witnesses identified at case management conference.

**REFERRALS:**
**[x] Case referred to (direct) Magistrate Judge Corley for SETTLEMENT CONFERENCE to take place within 150 days**, or as soon thereafter as is convenient for the judge.

**PRETRIAL SCHEDULE:**

**Discovery cutoff:** 8/1/12
**Expert disclosure:** 9/17/12
**Expert discovery cutoff:** 2/8/13
**Motions heard by:** 7/10/13
**Pretrial Conference:** 12/12/13
**Trial:** 1/13/14 at 8:30 a.m., for 8 days, by [x] Jury [] Court

**Order to be prepared by:** [] Pl [] Def [x] Court

**Notes:**

**cc:** chambers; MagRef; JSC