**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. Equal Employment Opportunity Commission,<br><br>    Plaintiff(s),<br><br>  vs.<br><br>Abercrombie & Fitch Stores, Inc.,<br><br>    Defendant(s). | Case No.: C-11-3162-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

A Case Management Conference was held in this action on June 4, 2012.

The Court hereby sets the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, 12/10/12 at 2:00 p.m. |
| TO BE REFERRED /SET FOR A SETTLEMENT CONFERENCE AT THE 12/10/12 CMC. | |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | 6/29/12 |
| NON-EXPERT DISCOVERY CUTOFF: | 10/30/12 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: 12/17/12<br>Rebuttal: 1/17/13 |
| EXPERT DISCOVERY CUTOFF: | 2/28/13 |
| DISPOSITIVE MOTIONS[1] TO BE HEARD BY: | 7/10/13 |
| JOINT PRETRIAL CONFERENCE STATEMENT: | 8/30/13 |
| PRETRIAL CONFERENCE: | Friday, 9/13/13 at 9:00 a.m. |
| TRIAL DATE: | Monday, 9/30/13 at 8:30 a.m.<br>(Jury Trial) |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

| | |
|---|---|
| TRIAL LENGTH: | <u>  8  </u> days |

Parties are advised that while the Court set a trial date in this action, the trial date may be advanced if the calendar opens. Said trial date will not be sooner than eight (8) weeks after the close of discovery.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: June 14, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**