United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>       Plaintiff,<br>and<br><br>UMME-HANI KHAN,<br><br>       Plaintiff-Intervenor,<br><br>       vs.<br><br>ABERCROMBIE & FITCH STORES, INC. d/b/a HOLLISTER CO., HOLLISTER CO. CALIFORNIA, LLC,<br><br>       Defendants. | Case No.: 11-cv-03162-YGR<br><br>**ORDER REQUIRING PERSONAL APPEARANCE AND STRIKING DISCOVERY LETTERS (DKT. NOS. 59 & 60)** |

    The Court has received the parties' Joint Discovery Letter Briefs at Dkt. Nos. 59 & 60. The Court has already resolved two discovery disputes in this action, one between Defendants and a third-party, and another between parties to this action. The Court's discovery dispute (joint letter) process is *not* intended to be used for each discovery dispute of the parties. Rather, the Standing Order requires counsel to attest that they have met in person and to "concisely summarize [any] remaining issues" in *a* joint letter brief no longer than four pages. In filing multiple joint letters, the parties have circumvented the Court's processes. The letters at Dkt. Nos. 59 & 60 are hereby **STRICKEN**.

Lead trial counsel with full authority to resolve all discovery disputes *and* the principal attorney involved in the meet and confer process for each party are hereby **ORDERED** to appear personally at the Federal Courthouse on Tuesday, November 13, 2012 at 9:00 a.m.  The parties shall, upon arrival, inform the Courtroom Deputy, Frances Stone, in the Clerk's Office, that they have appeared and shall proceed to meet and confer to resolve the outstanding discovery issues.  Conference rooms in the Attorney Lounge are available on a first-come, first-served basis.  Once complete, the parties shall advise Ms. Stone that they have concluded their in-person meeting before requesting the Court's personal attention to address any remaining issues.

The parties shall bring with them any and all materials which may bear on resolution of the discovery disputes, including the imposition of sanctions.  This includes documents sufficient to show the manner and tenor of communications between the parties with regard to the disputes.  The Court may issue sanctions against any party or parties deemed have acted unreasonably with regard to these disputes.

This Order terminates Dkt. Nos. 59 & 60.

**IT IS SO ORDERED.**

Dated: November 8, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**