UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>  Plaintiff,<br>and<br><br>UMME-HANI KHAN,<br><br>  Plaintiff-Intervenor,<br><br>  vs.<br><br>ABERCROMBIE & FITCH STORES, INC. d/b/a HOLLISTER CO., HOLLISTER CO. CALIFORNIA, LLC,<br><br>  Defendants. | Case No.: 11-cv-03162-YGR<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE, DENYING AS MOOT DEFENDANTS' MOTION TO APPEAR BY TELEPHONE, AND RE-SETTING DEADLINE FOR SUMMARY JUDGMENT MOTION** |

Having reviewed the parties' Joint Case Management Conference Statement (Dkt. No. 66), the Court hereby **VACATES** the Case Management Conference scheduled for December 10, 2012. Accordingly, Defendants' request to appear by telephone is **DENIED AS MOOT**.

The Court previously ordered that dispositive motions in this action must be heard by July 10, 2013. (*See* Dkt. Nos. 51 & 52.) The Court hereby **ORDERS** that disposition motions must be <u>filed</u> no later than April 11, 2013. The parties are reminded to consult the Court's Standing Order in Civil Cases regarding summary judgment procedures.

This Order terminates Dkt. No. 65.

**IT IS SO ORDERED.**

Dated: December 3, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**