UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>and<br><br>UMME-HANI KHAN,<br><br>    Plaintiff-Intervenor,<br><br>    vs.<br><br>ABERCROMBIE & FITCH STORES, INC. d/b/a HOLLISTER CO., HOLLISTER CO. CALIFORNIA, LLC,<br><br>    Defendants. | Case No.: 11-cv-03162-YGR<br><br>**ORDER SETTING PRE-SUMMARY JUDGMENT CONFERENCE** |

The Court has received Plaintiff's and Defendants' requests for a pre-filing conference to obtain leave to file a motion for summary judgment (Dkt. Nos. 78 & 81). The conference is hereby scheduled for <u>Wednesday, February 27, 2013 at 2:00 p.m.</u> in Courtroom 5. A response to Defendants' letter brief (Dkt. No. 81) must still be filed by Plaintiff pursuant to the Court's Standing Order in Civil Cases.

**IT IS SO ORDERED.**

Dated: February 6, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**