UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff,<br>and<br><br>UMME-HANI KHAN,<br><br>　　　　Plaintiff-Intervenor,<br><br>　　vs.<br><br>ABERCROMBIE & FITCH STORES, INC. d/b/a HOLLISTER CO., HOLLISTER CO. CALIFORNIA, LLC,<br><br>　　　　Defendants. | Case No.: 11-cv-03162-YGR<br><br>**ORDER DENYING DEFENDANTS' MOTION FOR SANCTIONS AGAINST THIRD PARTY, COUNCIL ON AMERICAN-ISLAMIC RELATIONS, CALIFORNIA** |

Defendants have filed a Motion for Sanctions Against Third Party, Council on Islamic-Relations, California, For Its Failure to Provide a 30(b)(6) Representative for Deposition ("Motion"). (Dkt. No. 68.) Third-Party Council on American-Islamic Relations, California ("CAIR") opposes and requests sanctions against Defendants because the Motion was brought without substantial justification. (Dkt. No. 70.) Having carefully considered the papers submitted and the pleadings in this action, the arguments of counsel, and for the reasons set forth below, the Court hereby **DENIES** Defendants' Motion and **DENIES** CAIR's request for sanctions.

This Order terminates Dkt. No. 68.

**IT IS SO ORDERED.**

Dated: February 19, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**