United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>        Plaintiff,<br>and<br><br>UMME-HANI KHAN,<br><br>        Plaintiff-Intervenor,<br><br>        vs.<br><br>ABERCROMBIE & FITCH STORES, INC. d/b/a HOLLISTER CO., HOLLISTER CO. CALIFORNIA, LLC,<br><br>        Defendants. | Case No.: 11-cv-03162-YGR<br><br>**ORDER SETTING SUMMARY JUDGMENT SCHEDULE** |

The Court has reviewed the parties' joint and respective filings regarding motions for summary judgment.  (Dkt. Nos. 88–94.)  The Court hereby sets the following schedule and page limits for cross-motions for summary judgment:

| | | |
|---|---|---|
| Plaintiffs' (combined) opening motion: | April 11, 2013 | 25 pages |
| Defendants' opposition/cross-motion: | April 25, 2013 | 25 pages |
| Plaintiffs' reply: | May 9, 2013 | 15 pages |
| Defendants' sur-reply: | May 23, 2013 | 15 pages |
| Hearing: | June 18, 2013 at 2:00 p.m. | |

The Court will require that the parties file a joint statement of undisputed facts in a chart format.  (*See* Standing Order in Civil Cases at Section 9.c.)  The parties are ordered to further meet and confer on facts that can be jointly-stipulated for these motions.  There is no page limit on the joint statement.  The supporting evidence must be submitted in compliance with Civ. L.R. 7.5 and citations

1    to the supporting evidence shall include, at a minimum, references to the declaration and

2    corresponding exhibit—*e.g.*, Smith Decl., Ex. A (Johnson Dep. 1:1–2:1).  The Court will waive the

3    requirement of separate statements by the parties.

4         By noon of the second business day after each filing, the parties shall provide the Court with

5    chambers copies of the filings in binders with tabs separating each document and an index.  The Court

6    requests that each document be printed from ECF, such that the documents bear the ECF header

7    reflecting docket item number and filing date.  The Court also requests double-sided pages.

8         The parties are reminded that while out-of-circuit authority may be persuasive, this Court is

9    bound by Ninth Circuit authority.  The parties are advised to focus their briefings on relevant Ninth

10   Circuit authority.

11        **IT IS SO ORDERED.**

12

Dated: April 4, 2013                                    _____

13                                                       **YVONNE GONZALEZ ROGERS**
                                                         **UNITED STATES DISTRICT COURT JUDGE**
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2