UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff,<br>and<br><br>UMME-HANI KHAN,<br><br>　　　　Plaintiff-Intervenor,<br><br>　　vs.<br><br>ABERCROMBIE & FITCH STORES, INC. d/b/a HOLLISTER CO., HOLLISTER CO. CALIFORNIA, LLC,<br><br>　　　　Defendants. | Case No.: 11-cv-03162-YGR<br><br>**ORDER STRIKING DOCUMENTS FILED AFTER SUMMARY JUDGMENT HEARING AND TERMINATING DKT. NO. 115 AS MOOT** |

　　　　The Court held oral argument on the parties' motions for partial summary judgment on June 18, 2013. (Dkt. No. 117.) The parties have since filed numerous documents with the Court relating to the motions, beginning with the EEOC's Supplemental Authority Related to Cross Motions for Summary Judgment. (Dkt. No. 113.) Defendants subsequently filed a response containing additional argument and evidence. (Dkt. No. 114.) Plaintiffs then filed a Motion to Strike Defendants' Response to EEOC's Supplemental Authority (Dkt. No. 115) and an errata (Dkt. No. 116), to which Defendants' filed another response (Dkt. No. 118).

　　　　The Court hereby **STRIKES** the EEOC's Supplemental Authority (Dkt. No. 113) and Defendants' response thereto (Dkt. No. 114) as *both* improper under the Civil Local Rules. The Court further **TERMINATES** as moot Plaintiffs' Motion to Strike.

　　　　This Order terminates Dkt. No. 115. The Clerk shall strike Dkt. Nos. 113 and 114 from the record.

1    **IT IS SO ORDERED.**

Dated: July 10, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**