UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>and<br><br>UMME-HANI KHAN,<br><br>    Plaintiff-Intervenor,<br><br>vs.<br><br>ABERCROMBIE & FITCH STORES, INC. d/b/a HOLLISTER CO., HOLLISTER CO. CALIFORNIA, LLC,<br><br>    Defendants. | Case No.: 11-cv-03162-YGR<br><br>**ORDER EXTENDING DEADLINE FOR PRE-TRIAL FILINGS** |

Pursuant to the Case Management and Pretrial Order and the Court's Pretrial Instructions in Civil Cases, certain pretrial filings are due on August 30, 2013. The parties are advised that the Court's order on the pending cross-motions for partial summary judgment will be issued prior to the upcoming settlement conference. As such, the Court hereby extends the deadline for pretrial filings due on August 30, 2013 to September 9, 2013.

The parties are further advised that pretrial documents filed prior to the issuance of this Order are deemed withdrawn without prejudice, such that the parties may revise their filings in light of the Court's order on the cross-motions for partial summary judgment.

This Order terminates Dkt. Nos. 123–126.

**IT IS SO ORDERED.**

Dated: August 30, 2013

                                                    _____
                                                  **YVONNE GONZALEZ ROGERS**
                                                  **UNITED STATES DISTRICT COURT JUDGE**