UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff,<br>and<br><br>UMME-HANI KHAN,<br><br>　　　　Plaintiff-Intervenor,<br><br>　　vs.<br><br>ABERCROMBIE & FITCH STORES, INC. d/b/a HOLLISTER CO., HOLLISTER CO. CALIFORNIA, LLC,<br><br>　　　　Defendants. | Case No.: 11-cv-03162-YGR<br><br>**FURTHER ORDER RE DEADLINES FOR MOTIONS IN LIMINE** |

On August 30, 2103, the Court extended the deadline for pretrial filings due on August 30, 2013, to September 9, 2013, as the Court was cognizant that its Order on the cross-motions for summary judgment may have mooted many issues, and the parties had scheduled a settlement conference.

With respect to motions in limine specifically, all such motions should have been exchanged by August 16, 2013, and the parties should have meet and conferred to resolve the same. Only those motions which were not resolved were due to be filed on August 30th. As each side is granted leave to file a written opposition to a motion in limine, the Court **FURTHER ORDERS** that any motions in limine which remain at issue shall be filed by **10:00 a.m.** on **September 9, 2013**. Any opposition thereto shall be filed by **9:00 a.m.** on **September 12, 2013**. No reply papers are allowed.

**IT IS SO ORDERED.**

Dated: September 6, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**