*(Counsel Listed on Next Page)*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br>and<br><br>UMME-HANI KHAN,<br><br>    Plaintiff-Intervenor,<br><br>vs.<br><br>ABERCROMBIE & FITCH STORES, INC. d/b/a HOLLISTER CO., HOLLISTER CO. CALIFORNIA, LLC,<br><br>    Defendants. | Case No.: CV 11-3162 YGR<br><br>**PLAINTIFFS' PROPOSED VERDICT FORM**<br><br>**Trial Date: September 30, 2013**<br>**Time: 8:30 a.m.**<br>**Ctrm: 5**<br><br>[Hon. Yvonne Gonzalez Rogers] |

**PLAINTIFFS' PROPOSED VERDICT FORM**
4:11-cv-03162-YGR

1

William R. Tamayo, SBN 084965 (CA)
Jonathan T. Peck, SBN 12303 (VA)
Marcia L. Mitchell, SBN 18122 (WA)
Sirithon Thanasombat, SBN 270201 (CA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA  94105
Telephone: (415) 625-5651
Facsimile: (415) 625-5657
Marcia.Mitchell@eeoc.gov; Sirithon.Thanansombat@eeoc.gov

Attorneys for Plaintiff EEOC


Zahra Billoo, State Bar No. 267634
COUNCIL ON AMERICAN-ISLAMIC
   RELATIONS, CALIFORNIA (CAIR-CA)
3000 Scott Blvd., Suite 101
Santa Clara, CA 95054
Telephone: (408) 986-9874
Facsimile: (408) 986-9875
Email: zbilloo@cair.com

Christopher Ho, State Bar No. 129845
Marsha J. Chien, State Bar No. 275238
The LEGAL AID SOCIETY –
   EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 864-8848
Facsimile: (415) 593-0096
Email: cho@las-elc.org; mchien@las-elc.org

Attorneys for Plaintiff-Intervenor UMME-HANI KHAN

**PLAINTIFFS' PROPOSED VERDICT FORM**
4:11-cv-03162-YGR

**Damages**

We, the jury answer the following questions:

1. What are Umme-Hani Khan's damages for emotional distress? _____

2. Did Abercrombie & Fitch act with malice or in reckless disregard of Umme-Hani Khan's federally protected rights under Title VII?

    _____ Yes    _____ No

If your answer to question 2 is yes, then answer question 3. If you answered no, then answer question 4.

3. What is the punitive damages award under Title VII?

    a. Punitive damages under Title VII _____

4. Did Abercrombie & Fitch act with malice, oppression or fraud in its conduct toward Ms. Khan under California's FEHA?

    _____ Yes    _____ No

If your answer to question 4 is yes, then answer question 5. If you answered no, then sign and date this verdict.

5. What is the punitive damages award under FEHA?

    a. Punitive damages under California's FEHA _____

Sign and date this verdict.

DATED: _____    PRESIDING JUROR NO. _____

                         _____
                         PRESIDING JUROR SIGNATURE

**PLAINTIFFS' PROPOSED VERDICT FORM**
4:11-cv-03162-YGR

Dated:  September 9, 2013

Respectfully submitted,

Marcia L. Mitchell
Sirithon Thanasombat
U.S. EQUAL EMPLOYMENT OPPORTUNITY
  COMMISSION

By: /s/ Marcia M. Mitchell
Attorneys for Plaintiff


Zahra Billoo
Rachel Roberts
COUNCIL ON AMERICAN-ISLAMIC
  RELATIONS, CALIFORNIA (CAIR-CA)

By: /s/ Zahra Billoo

Christopher Ho
Marsha J. Chien
The LEGAL AID SOCIETY –
  EMPLOYMENT LAW CENTER


By: /s/ Christopher Ho
Attorneys for Plaintiff-Intervenor
UMME-HANI KHAN

.

**PLAINTIFFS' PROPOSED VERDICT FORM**
4:11-cv-03162-YGR

4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PLAINTIFFS' PROPOSED VERDICT FORM**
4:11-cv-03162-YGR