Douglas E. Dexter, SB# 115868
Diego F. Acevedo, SB# 244693
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
E-mail: ddexter@fbm.com
E-mail: dacevedo@fbm.com

Mark A. Knueve (Ohio Bar No. 0067074)
Daniel J. Clark (Ohio Bar No. 0075125)
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
P.O. Box 1008
Columbus, Ohio 43216-1008
Telephone: (614) 464-6387
Facsimile: (614) 719-4808
E-mail: maknueve@vorys.com
E-mail: djclark@vorys.com
Attorneys for Defendants
HOLLISTER & FITCH STORES, INC. dba
HOLLISTER CO, HOLLISTER CO. CALIFORNIA,
LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>       Plaintiff,<br><br>and<br><br>UMME-HANI KHAN,<br><br>       Plaintiff-Intervenor<br><br>vs.<br><br>HOLLISTER & FITCH STORES, INC. dba HOLLISTER CO., HOLLISTER CO. CALIFORNIA, LLC,<br><br>       Defendants. | Case No.: CV 11-3162 YGR<br><br>**DEFENDANTS' PROPOSED VERDICT FORMS**<br><br>Date: Trial - September 30, 2013<br>Time: 8:30 a.m.<br>Before: Hon. Yvonne Gonzalez Rogers |

Defendants Abercrombie & Fitch Stores, Inc. d/b/a Hollister Co. and Hollister Co. California, LLC (herein referred to as "Defendants" or "Abercrombie") hereby submit the following proposed verdict forms:

# DEFENDANTS' PROPOSED VERDICT FORM NO. 1
## COMPENSATORY DAMAGES

1. Did Ms. Khan prove by a preponderance of the evidence that she suffered emotional distress or pain and suffering as a result of Abercrombie's actions?

    _____ Yes      _____ No

    If your answer to question 1 is yes, then answer question 2. If you answered no, then stop here, answer no further questions, and sign and date this verdict form.

2. What are Ms. Khan's compensatory damages for emotional pain and suffering?

    $ _____

3. Would the same compensatory damages award have been made under either Title VII or FEHA by itself?

    _____ Yes         _____ No

    If your answer to question 3 is no, then answer question 4. If you answered yes, then stop here, answer no further questions, and sign and date this verdict form.

4. Please provide the amount of compensatory damages that would have been awarded.

    Amount of compensatory damages under Title VII   $ _____

    Amount of compensatory damages under FEHA      $ _____

Sign and date this verdict form.

DATED: _____            _____
                                              PRESIDING JUROR

# DEFENDANTS' PROPOSED VERDICT FORM NO. 2

## PUNITIVE DAMAGES UNDER TITLE VII

1. Did Plaintiffs prove, by a preponderance of the evidence, that Abercrombie act with malice or reckless indifference to Ms. Khan's federally protected rights?

   _____ Yes         _____ No

   If your answer to question 1 is yes, then answer question 2. If you answered no, then stop here, answer no further questions, and sign and date this verdict form.

2. Has Abercrombie engaged in good-faith efforts to comply with Title VII?

   _____ Yes         _____ No

   If your answer to question 2 is yes, then answer question 3. If you answered no, then stop here, answer no further questions, and sign and date this verdict form.

3. Was Ms. Yoakum's decision contrary to Abercrombie's good faith efforts to comply with Title VII?

   _____ Yes         _____ No

Sign and date this verdict form.

DATED: _____         _____
                                                                         PRESIDING JUROR

# DEFENDANTS' PROPOSED VERDICT FORM NO. 3

## PUNITIVE DAMAGES UNDER FEHA

1. Did Ms. Khan prove, by clear and convincing evidence, that Ms. Yoakum acted with malice, oppression or fraud with regard to Ms. Khan's federally protected rights?

   _____ Yes       _____ No

   If your answer to question 1 is yes, then answer question 2. If you answered no, then stop here, answer no further questions, and sign and date this verdict form.

2. Did Ms. Khan prove, by clear and convincing evidence, that either Ms. Yoakum was an officer, a director, or a managing agent of Abercrombie; or that Abercrombie authorized or ratified Ms. Yoakum's wrongful conduct?

   _____ Yes       _____ No

Sign and date this verdict form.

DATED: _____       _____
                                            PRESIDING JUROR

## DEFENDANTS' PROPOSED VERDICT FORM NO. 4

### AWARD OF PUNITIVE DAMAGES

**Answer this question ONLY if you:**

- **Answered "Yes" to question 1 on Verdict Form 2 and "No" to either questions 2 and 3 on Verdict Form 2.**

**OR**

- **Answered "Yes" to both question 1 and 2 on Verdict Form 3.**

1. What amount of punitive damages should be awarded?  $_____

2. Would the same punitive damages award have been made under either Title VII or FEHA by itself?

   _____ Yes          _____ No

   If your answer to question 2 is no, then answer question 3. If you answered yes, then stop here, answer no further questions, and sign and date this verdict form.

3. Please provide the amount of punitive damages that would have been awarded.

   Amount of compensatory damages under Title VII   $ _____

   Amount of compensatory damages under FEHA        $ _____

Sign and date this verdict form.

DATED: _____          _____
                                    PRESIDING JUROR

CV 11-3162 YGR

DEFENDANTS' PROPOSED VERDICT FORMS

Respectfully submitted,

/s/ Daniel J. Clark
Mark A. Knueve (Ohio Bar No. 0067074)
Daniel J. Clark (Ohio Bar No. 0075125)
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
P.O. Box 1008
Columbus, Ohio 43216-1008
Telephone: (614) 464-6387
Facsimile: (614) 719-4808
E-mail: maknueve@vorys.com
E-mail: djclark@vorys.com

*Admitted pro hac vice*

Douglas E. Dexter, SB# 115868
Diego F. Acevedo, SB# 244693
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480
E-mail:  ddexter@fbm.com
E-mail:  dacevedo@fbm.com

Attorneys for Defendants
HOLLISTER & FITCH STORES, INC.
HOLLISTER CO.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Defendants' Proposed Verdict Forms* was electronically filed on this 9th day of September, 2013, with the Clerk of Court through the CM/ECF system, which will send notice of electronic filing to the following:

Christopher Ho, State Bar No. 129845
The LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 864-8848
Facsimile: (415) 593-0096
Email: cho@las-elc.org

Zahra Billoo, State Bar No. 267634
COUNCIL ON AMERICAN-ISLAMIC RELATIONS (CAIR)
3000 Scott Blvd., Suite 101
Santa Clara, CA 95054
Telephone: (408) 986-9874
Facsimile: (408) 986-9875
Email: zbilloo@cair.com

Attorneys for Intervenor
UMME-HANI KHAN

Sirithon Thanasombat
Marcia L. Mitchell, SBN 18122 (WA)
U.S. EEOC, San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA  94105
Telephone No. (415) 625-5651
Fax No. (415) 625-5657
Sirithon.Thanasombat@eeoc.gov
Marcia.Mitchell@eeoc.gov

Attorneys for Plaintiff EEOC

                                       */s/ Daniel J. Clark*_____
                                           Daniel J. Clark