UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br>and<br><br>UMME-HANI KHAN,<br><br>    Plaintiff-Intervenor,<br><br>    vs.<br><br>ABERCROMBIE & FITCH STORES, INC. d/b/a HOLLISTER CO., HOLLISTER CO. CALIFORNIA, LLC,<br><br>    Defendants. | Case No.: 11-cv-03162-YGR<br><br>**ORDER CONTINUING PRETRIAL CONFERENCE** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court has reviewed the parties' Notice of Impending Settlement. (Dkt. No. 162.) The parties have indicated that they will file a Joint Motion for Administrative Relief to Consider Whether Cases Should Be Related no later than close of business on September 12, 2013. The parties are hereby **ORDERED** to file said motion, as provided in the Local Rules, by Tuesday, September 17, 2013.

The Pretrial Conference scheduled for September 13, 2013 is hereby **CONTINUED** to September 20, 2013 at 9:00 a.m.

**IT IS SO ORDERED**.

Dated: September 11, 2013

                                                _____
                                              **YVONNE GONZALEZ ROGERS**
                                              **UNITED STATES DISTRICT COURT JUDGE**