WILLIAM R. TAMAYO, SBN 084965 (CA)
JONATHAN T. PECK, SBN 12303 (VA)
MARCIA L. MITCHELL, SBN 18122 (WA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA  94105
Telephone No. (415) 625-5651
Fax No. (415) 625-5657
Marcia.Mitchell@eeoc.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ABERCROMBIE & FITCH STORES, INC. dba ABERCROMBIE KIDS<br><br>Defendant. | Case No.: 5:10-cv-03911- EJD<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED AND CONSOLIDATING CASES** |

I have considered the parties' Joint Motion for Administrative Relief to Consider Whether Cases Should Be Related and Consolidated for Purposes of Settlement. Based on the pleadings of the parties, I have determined that *U.S. Equal Employment Opportunity Commission v. Abercrombie & Fitch Stores, Inc. dba Hollister et al*, Case No. 4:11-cv-03162-YGR, which was filed after the instant case, is a related case and therefore shall be reassigned to me.  In addition, the two cases shall be consolidated for any proceedings related to settlement, but shall remain separate, stand-alone cases   for all other purposes, including for the filing of documents (meaning that filings should continue to be made in both cases if such a filing relates to both cases).

[Proposed] Order Granting Mtn for Admin Relief
Case No.:  5:10-cv-03911- EJD
- 1

Accordingly, the motion filed by the parties is hereby GRANTED. This order shall be filed in both cases.

Dated: September 12, 2013

Edward J. Davila
United States Judge

Respectfully submitted by,

Dated:  September 12, 2013          _____//s//Marcia L. Mitchell_____
                                    MARCIA L. MITCHELL
                                    Attorney for Plaintiff EEOC

[Proposed] Order Granting Mtn for Admin Relief
Case No.:  5:10-cv-03911- EJD

- 2 -