IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION;<br><br>　　　　Plaintiff(s),<br>　v.<br>ABERCROMBIE & FITCH STORES, INC., et. al.,<br><br>　　　　Defendant(s).　　　　／ | CASE NOS. 5:10-cv-03911 EJD;<br>5:11-cv-03162 EJD<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT** |
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION;<br><br>　　　　Plaintiff(s),<br>　v.<br>ABERCROMBIE & FITCH STORES, INC., et. al.,<br><br>　　　　Defendant(s).<br>　and<br>UMME-HANI KHAN,<br><br>　　　　Plaintiff-Intervenor(s).　　／ | |

The parties having reached a settlement of these actions (see Docket Item No. 118 in Case

1

No. 5:10-03911 EJD; Docket Item Nos. 161, 162 in Case No. 5:11-cv-03162 EJD) are ordered to appear before the Honorable Edward J. Davila on **September 20, 2013, at 10:00 a.m.** in Courtroom No. 4, 5th Floor, United States District Court, 280 South First Street, San Jose, California, 95113, to show cause why these cases should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b).  Counsel must appear in person; requests for telephonic appearance will not be considered and should not be filed.

The Order to Show Cause shall be automatically vacated and the parties relieved of the obligation to appear if documents finally resolving these cases are filed on or before **4:00 p.m. on September 18, 2013.**

**IT IS SO ORDERED.**

Dated:  September 12, 2013



EDWARD J. DAVILA
United States District Judge

2
CASE NOS. 5:10-cv-03911 EJD; 5:11-cv-03162 EJD
ORDER TO SHOW CAUSE RE: SETTLEMENT